**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

| | |
|---|---|
| CLARA WATSON<br><br>                Plaintiff<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION<br><br>                Defendant | Civil Action No. _____<br><br>Formerly Case No. 2017 CA 008524 B in the Superior Court for the District of Columbia, Civil Division |

**AMTRAK'S NOTICE OF REMOVAL**

Defendant National Railroad Passenger Corporation ("Amtrak") hereby gives notice of removal of the civil action styled *Clara Watson v. National Railroad Passenger Corporation*, Civil Action No. 2017 CA 008524 B, from the Superior Court for the District of Columbia to this Court pursuant to 28 U.S.C. § 1441. As grounds for removal, Amtrak states as follows:

1. On December 5, 2017, plaintiff Clara Watson filed a complaint in the Superior Court for the District of Columbia. A copy of the complaint is attached hereto as Exhibit 1. Watson claims that she has suffered damages of $500,000. *See* Ex. 1.

2. Ms. Watson is a resident of Delaware.

3. Amtrak is now, and was at the time of the filing of this lawsuit, a corporation with its principal place of business in the District of Columbia. Amtrak was created by the United States Congress in 1970, pursuant to the Rail Passenger Service Act of 1970 (Pub. L. 91-518 and subsequent amendments), as a private District of Columbia corporation with its principal place of business in the District of Columbia.

4. This Court has subject-matter jurisdiction over Watson's claims pursuant to 28 U.S.C. § 1441(a), in that the complaint involves a federal question.

5. This action is removable under 28 U.S.C. § 1441(a) because this Court has original jurisdiction pursuant to 28 U.S.C. § 1331 as Amtrak was created by an Act of Congress, 49 U.S.C. § 24101, *et seq.*, and more than one-half of its capital stock is owned by the United States. *See* 28 U.S.C. § 1349. Section 1349 provides as follows:

> The district courts shall not have jurisdiction of any civil action by or against any corporation upon the ground that it was incorporated by or under an Act of Congress, unless the United States is owner of more than one-half of its capital stock.

6. This notice of removal is timely filed in accordance with 28 U.S.C. § 1446(b), which provides that a notice of removal shall be filed within 30 days after receipt by the defendant, through service or otherwise, of a copy of the initial pleading. Amtrak was served with a copy and became aware of the summons and complaint on January 9, 2018. *See* Ex. 1. Amtrak's filing of this notice of removal on January 29, 2018 is within the 30 days provided for by 28 U.S.C. § 1446(b).

7. Amtrak is the only defendant in this matter. Thus, all defendants in this case consent to removal.

8. Pursuant to 28 U.S.C. §§ 127 and 1441(a), the United States District Court for the District of Columbia, is the federal court for the district and division embracing the place where the state court action is pending.

9. Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders served upon Amtrak in this action are attached hereto as Exhibit 1.

10. A copy of the Answer filed by Amtrak in the Superior Court of the District of Columbia within the time required by Superior Court Rules of twenty (20) days after service in this action, is attached hereto as Exhibit 2.

11. Pursuant to 28 U.S.C. § 1446(d), all adverse parties are being provided with written notice of the filing of this notice of removal.

12. Pursuant to 28 U.S.C. § 1446(d), a copy of this notice of removal is being filed with the Clerk of the Superior Court of the District of Columbia. A copy of the notice is attached hereto as Exhibit 3.

13. No admission of fact, law, or liability is intended by this notice of removal, and all defenses, affirmative defenses, and motions are hereby reserved by Amtrak.

WHEREFORE, Amtrak hereby removes this action, now pending in the Superior Court of the District of Columbia to this Court pursuant to 28 U.S.C. § 1441(a). Amtrak respectfully requests that the Superior Court of the District of Columbia proceed no further with this action.

Dated: January 29, 2018					Respectfully submitted,

/s/ Felicity A. McGrath
Felicity A. McGrath
BONNER KIERNAN TREBACH & CROCIATA, LLP
1233 20th Street, NW, Suite 800
Washington, DC 20036
(202) 712-7000
(202) 712-7100 (facsimile)
fmcgrath@bonnerkiernan.com

*Counsel for National Railroad Passenger Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2018, a copy of the foregoing *Amtrak's Notice of Removal* was served by first-class mail, postage pre-paid, upon the following:

C. Perrin Rome, III, Esq.
W. Chad Stelly, Esq.
Rome, Arrata, Baxley & Stelly, L.L.C.
650 Poydras Street, Suite 2017
New Orleans, LA 70130

Steven M. Weisbaum, Esq.
The Weisbaum Law Firm, LLC
51 Monroe Place, Suite 1901
Rockville, MD 20850-2406

/s/ Felicity A. McGrath
Felicity A. McGrath